BRECKENRIDGE *v.* MURPHY and Others.

APPEAL from the *Steuben* Common Pleas.

*Per Curiam.*—Suit upon a transcript of a judgment from *Ohio.* The judgment was against three, all of whom were non-residents of this State; but *Breckenridge* had property in it, hence this suit; which was commenced by way of attachment. *Breckenridge* appeared and answered. No judgment was taken against the other defendants, who had no property in this State, upon a suggestion that they had not been served with process. The objections to the proceedings raise questions of fact, rather than of law.

*Wednesday,
November* 28.

We have carefully looked through the record, and think the judgment should be sustained.

The judgment is affirmed, with 1 per cent. damages and costs.

*J. Caven,* for appellant.